

OFFICE OF
# THE ATTORNEY GENERAL
## AUSTIN, TEXAS

GERALD DANIEL
ATTORNEY GENERAL

Honorable C. G. Rose
County Attorney
Fort Bend County
Richmond, Texas

Dear Sir:

Opinion No. O-4331
Re: Collection of poll tax from
soldier.

You request the opinion of this department as
to whether a soldier in the active military service of
the United States is exempt from the payment of a poll
tax.

The poll tax is a head tax levied and collected
for revenue purposes. Liability to pay the tax does not
depend upon the question whether the particular person
against whom it is levied is a qualified voter. There is
no exemption from payment of the poll tax provided for
soldiers in the active service of the United States.

By the provisions of Articles 5840-5844, Revised
Civil Statutes, a partial exemption is made available to
the officers and enlisted men in the active militia of
this State. This exemption is fully discussed in our Opinion No. O-3053, a copy of which is enclosed for your information.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ R. W. Fairchild
Assistant

APPROVED FEB. 11, 1942
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

RWF:LW:jrb
Enclosure

APPROVED OPINION COMMITTEE
BY B.W.B, Chairman